Dismissed and Memorandum Opinion filed July 26, 2007








Dismissed
and Memorandum Opinion filed July 26, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00153-CV

____________

 

ONE 2004 JEEP WRANGLER VIN
1JAFA39S44P708983, Appellant

 

V.

 

THE STATE OF TEXAS,
Appellee

 



 

On Appeal from the 334th District
Court

Harris County, Texas

Trial Court Cause No.
2005-63996

 



 

M E M O R
A N D U M  O P I N I O N

This is
an appeal from a judgment signed November 20, 2006.  The clerk=s record was filed on April 9, 2007. 
No reporter=s record was taken.  No brief was filed.

On May
24, 2007, this Court issued an order stating that unless appellant submitted
its brief, together with a motion reasonably explaining why the brief was late,
on or before June 25, 2007, the Court would dismiss the appeal for want of
prosecution.  See Tex. R. App. P.
42.3(b).








Appellant
filed no response.  Accordingly, the appeal is ordered dismissed.

 

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July
26, 2007.

Panel consists of Justices
Anderson, Fowler, and Frost.